```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 08182
   FRANK B SMITH
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8359


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/04/2007 and was not confirmed.

     The case was dismissed without confirmation 07/23/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG        .00           .00            .00
MORTGAGE ELECTRONIC REGI CURRENT MORTG        .00           .00            .00
CAPITAL ONE              UNSECURED        1193.85           .00            .00
CAPITAL ONE              UNSECURED         786.75           .00            .00
CAPITAL ONE              UNSECURED         555.58           .00            .00
MORTGAGE ELECTRONIC REGI MORTGAGE ARRE   27350.00           .00            .00
FINGERHUT                UNSECURED         465.36           .00            .00
CHASE HOME FINANCE LLC   SECURED NOT I        .00           .00            .00
PRO SE DEBTOR            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                              --------------      --------------
TOTALS                                 .00                    .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08182 FRANK B SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 08182 FRANK B SMITH